## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KIRK MOFFITT                                                                                         PLAINTIFF

v.                                            NO. 4:05CV00963 JLH

RANDY JOHNSON, in his individual capacity
as the former Sheriff of Pulaski County;
CHARLES "DOC" HOLLADAY, in his official
capacity as the current Sheriff of Pulaski
County; and RANDY MORGAN, in his individual
and official capacities as the Chief Jail
Administrator for Pulaski County                                                            DEFENDANTS

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Court therefore orders the following:

(1) **The motion to certify class filed by plaintiff Kirk Moffitt ("Moffitt") is granted.** See Document 19. This litigation shall proceed as a class action pursuant to Fed. R. Civ. 23.

(2) **In accordance with Fed. R. Civ. P. 23(c)(1)(B), the class in this proceeding is defined as follows:**

All persons who were arrested on a warrant and who were actually incarcerated in the Pulaski County Regional Detention Facility ("Facility") between August 1, 2002, and August 1, 2005, and who did not have a first appearance before a trial court within seventy-two hours of being booked in the Facility. The class does

<u>not</u> include persons who ... meet the definition of class member as described above but who were also being held on other charges for which they <u>did</u> receive a first appearance before a court within seventy-two hours of being booked into the Facility.

**(3)     In accordance with Fed. R. Civ. P. 23(c)(1)(B), the class claims, issues, and defenses in this proceeding are defined pursuant to the terms identified in the parties' Settlement Agreement.**

**(4)     Moffitt is appointed Class Representative**.

**(5)     In accordance with Fed. R. Civ. P. 23(c)(1)(B) and Fed. R. Civ. P. 23(g), Moffitt's attorney, L. Oneal Sutter, is appointed Class Counsel.**

**(6)     In accordance with Fed. R. Civ. P. 23(c)(2), the manner of notice proposed by the parties in their Settlement Agreement is approved.**

**(7)     In accordance with Fed. R. Civ. P. 23(c)(2), the form of notice proposed by the parties in their Settlement Agreement is approved.**

**(8)     The parties shall immediately send notice to all class members.**

**(9)     The deadlines contained in the Settlement Agreement are reasonable.**

**(10)    Preliminary approval is given to the Settlement Agreement.**

IT IS SO ORDERED this 2nd day of October, 2007.

_/s/ J. Leon Holmes_
UNITED STATES DISTRICT JUDGE